# COURT MINUTES

## U.S. MAGISTRATE JUDGE LURANA S. SNOW - FORT LAUDERDALE, FLORIDA

DEFT: JULIO CESAR TORRES-CATALA (J)#    CASE NO: 21-6552-SNOW
AUSA: Don Chase -Zoom  *present*    ATTY: -Zoom (If applicable-appeals colloquy)
AGENT:    VIOL: Material Witness
PROCEEDING: INITIAL APPEARANCE    RECOMMENDED BOND: PTD
BOND HEARING HELD - yes / **no**    COUNSEL APPOINTED:
BOND SET @: $250,000 CSB    To be cosigned by:
w/ Nebulia    Rule 77.1 advised ✓
***SPANISH INTERPRETER ORDERED***

- ☐ Do not violate any law.
- ☐ Appear in court as directed.
- ☐ Surrender and / or do not obtain passports / travel documents.
- ☐ Rpt to PTS as directed / or ___ x's a week/month by phone; ___ x's a week/month in person.
- ☐ Random urine testing by Pretrial Services. ___ Treatment as deemed necessary.
- ☐ Maintain or seek full - time employment.
- ☐ No contact with victims / witnesses.
- ☐ No firearms.
- ☐ Curfew:
- ☐ Travel extended to:
- ☐ Halfway House

Notes:
- D-agrees to Video Conf.
- D advised of complaint.
- Court sets a high bond for now — Atty can ask for hrg at a later date
- INS hold.
- D-says his brother will hire an atty

NEXT COURT APPEARANCE: Report re Counsel   DATE: 10-4-21   TIME: 11:00AM   JUDGE: STRAUSS   PLACE:
PTD/BOND HEARING:
PRELIM/ARRAIGN/ STATUS RE DEPOS.:    10-15-21   11:00am   Strauss

CHECK IF APPLICABLE ___: For the reasons stated by counsel for the Defendant and finding that the ends of justice served by granting the ore tenus motion for continuance to hire counsel outweigh the best interests of the public & the Defendant in a Speedy Trial, the Court finds that the period of time from today, through and including _____, shall be deemed excludable in accordance with the provisions of the Speedy Trial Act, 18 USC 3161 et seq..

DATE: 10-1-21   TIME: 11:00am   DAR/ZOOM: 11:57-29   PAGE: 10

5 min